IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00004-CMA-MEH

HERBERT BRIGGS,

    Plaintiff,

v.

JOHN MINOR, Sheriff, Summit County, Colorado, and
ERIK BOURGERIE, Captain, Summit County, Colorado Sheriff's Department,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 18, 2011.**

    Plaintiff's Unopposed Motion to Vacate the October 25, 2011 Settlement Conference [filed October 17, 2011; docket #17] is **granted**. The Settlement Conference currently scheduled for October 25, 2011, is **vacated**. Should the parties wish to reschedule the conference any time during the litigation, they are directed to first teleconference together then call my Chambers at (303) 844-4507 to obtain an alternate date.