**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00004-CMA-MEH

HERBERT BRIGGS,

    Plaintiff,

v.

SHERIFF JOHN MINOR, Summit County, Colorado , Sheriff, and
CAPTAIN ERIK BOURGERIE, Summit County, Colorado Sheriff's Department,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendants' Motion for Summary Judgment of Judge Christine M. Arguello entered on September 25, 2012, it is

    ORDERED that Defendants' motion for summary judgment filed is GRANTED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of the defendants and against the plaintiff and that the plaintiff's complaint is hereby DISMISSED WITH PREJUDICE.  It is

    FURTHER ORDERED that the defendants shall have their costs by the filing of a Bill of Costs with the Clerk of the Court within fourteen days of the entry of judgment. Each party shall bear its own attorneys' fees.

    DATED at Denver, Colorado this September <u>25th</u>, 2012.

                                                  FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                                By<u>: s/ Sandra Hartmann</u>
                                                    Sandra Hartmann, Deputy Clerk